IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MICHAEL FOREMAN,

    Petitioner,               No. CIV S-12-0027 CKD P

    vs.

UNKNOWN,

    Respondent.             ORDER

_____/

        Petitioner has filed a document he calls a petition for writ of habeas corpus under 28 U.S.C. § 2254. He has not filed it on the proper form. The court requires that all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Also, petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner is granted thirty days from the date of service of this order to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the

/////

1 docket number assigned this case and be submitted on the form provided by the Clerk of the
2 Court.
3       2. Petitioner shall also submit, within thirty days from the date of this order, an
4 application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing
5 fee in the amount of $5.00. Petitioner's failure to comply with this order will result in a
6 recommendation that this matter be dismissed.
7       3. The Clerk of the Court is directed to send petitioner the court's form for filing
8 a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a
9 prisoner.

Dated: January 19, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/md
fore0027.nopetition