IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MICHAEL FOREMAN,

    Petitioner,                      No. CIV S-12-0027 CKD[1] P

    vs.

UNKNOWN,

    Respondent.                 <u>ORDER</u>

_____/

        On January 19, 2012, petitioner was granted thirty days within which to file a completed petition for writ of habeas corpus on the form provided by the court. In the same order, petitioner was also granted thirty days to pay the filing fee for this action or file an application to proceed in forma pauperis. Despite being warned that this action would be dismissed if petitioner did not comply with the January 19, 2012 order, petitioner has not complied.

/////

/////

/////

---

[1] On February 8, 2012, petitioner consented to all proceedings in this matter being heard before a United States Magistrate Judge. <u>See</u> 28 U.S.C. § 636(c).

1

1  Accordingly, IT IS HEREBY ORDERED that this case be dismissed.

2  Dated: March 7, 2012

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
fore0027.dis